G. L. Garrett, administrator of the estate of Lulu E. Garrett, deceased, appellant, v. Pennsylvania Railroad Company, appellee. Gen. No. 8,452.

Heard in this court at the October term, 1930. Opinion filed January 26, 1931.

Raymond G. Real, for appellant. Fordyce, Holliday & White, Craig & Craig and E. C. Hartman, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.